IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$560,421.14 SEIZED FROM BANK OF AMERICA ACCOUNT ENDING -9857 HELD IN THE NAME OF MAZIV ENTERTAINMENT LLC,<br>    Defendant. | ) No. 3:21-cv-01562-AVC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FEBRUARY 8, 2022 |

Pursuant to Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant, SWIFT FINANCIAL, LLC AS SERVICING AGENT FOR WEBBANK ("Swift"), by and through its counsel Tobin & Marohn, hereby sets forth the following Answer and Affirmative Defenses to the Complaint for Forfeiture In Rem.

## **ANSWER**

1.    Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

2.    Admit.

3.    Admit.

4.    Admit.

## BACKGROUND OF INVESTIGATION

5. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

6. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

7. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

8. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

9. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

10. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

11. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

12. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

13. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

14. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

15. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

16. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

17. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

18. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

19. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

20. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

21. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

22. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

**CONCLUSION**

23. Claimant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore neither admits nor denies the allegations.

**AFFIRMATIVE DEFENSE**

1. Claimant, SWIFT FINANCIAL, LLC AS SERVICING AGENT FOR WEBBANK ("Swift) has an interest in and is the rightful owner of a portion of the Defendant property.

2. Swift qualifies as an innocent owner and holder of a security interest in a portion of the Defendant property. 18 US Code § 983(d)

3. Under 18 US Code § 983(d), an innocent owner's interest in property shall not be forfeited under any civil forfeiture statute, if he proves, by a preponderance of the evidence, that he did not know of the conduct giving rise to forfeiture.

4. On or about June 1, 2021, WebBank made a loan to Maziv Entertainment, LLC ("Maziv") that provided for a security interest on all of Maziv's property.

5. On June 14, 2021, CHTD Company, the UCC filing agent for Swift, acting on behalf of Swift, filed a UCC Financing Statement asserting a lien on all Maziv Entertainment, LLC's assets, including deposit accounts.

6. At no point did Swift know, nor should it have known, of the act that would give rise to the forfeiture.

7. Because Swift qualifies as an innocent owner under 18 US Code § 983(d), a portion of the Defendant property, in the amount of $92,721.70, may not be forfeited to the United States of America.

Date: February 8, 2022

Respectfully submitted,

/s/ Scott Dellaventura
Scott Dellaventura
Tobin & Marohn
538 Preston Avenue
Suite 270
Meriden, Connecticut 06450
(203) 777-6660
Juris No. Ct27075

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ Scott Dellaventura
Scott Dellaventura